FILED'08 JAN 16 09:47USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID W. QUICK,

        Plaintiff,

v.

COUNTY OF JACKSON, et al.,

        Defendants.

Civ. No. 07-3063-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I have reviewed the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I find no error in the Report and Recommendation. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

/ / / /

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#13) is adopted. Defendants' motion to dismiss and to strike (#10) is granted in part and denied in part. Defendants' motion to dismiss Jackson County from plaintiff's first claim is granted; defendants' motion to dismiss individual defendants from plaintiff's state law claims is denied; defendants' motion to strike punitive damages from plaintiff's state law claims is granted; and plaintiff's request for leave to amend is denied.

IT IS SO ORDERED.

DATED this __16__ day of January, 2008.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER